**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1748

DEREK L. SIMMS,

Plaintiff – Appellant,

v.

MARLA D. STEWART; BRADFORD HOUSE APT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William  D.  Quarles,  Jr.,  District
Judge.  (1:12-cv-00793-WDQ)

Submitted: October 11, 2012       Decided:  October 15, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derek  L.  Simms,  Appellant  Pro  Se.  Mark  Patrick  Johnson,
ECCLESTON & WOLF PC, Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek L. Simms appeals the district court's order dismissing his civil action alleging violations of his marriage, disabilities, and religious rights. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Simms v. Stewart, No. 1:12-cv-00793-WDQ (D. Md. May 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED